UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH J. KRETSCHMER,

    Plaintiff,

vs.

SUNTRUST BANKS, INC.,

    Defendant.
_____/

CASE NO.: 3:16-cv-174-J-25PDB

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, KENNETH J. KRETSCHMER, and Defendant, SUNTRUST BANKS, INC., by and through their undersigned counsel, would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

Respectfully submitted this 31st day of January, 2017.

/s/ Max Story
Max Story, Esquire
Florida Bar No.: 527238
Max Story, P.A.
328 2nd Avenue North, Suite 100
Jacksonville Beach, Florida 32250
Telephone: (904) 372-4109
Facsimile: (904) 758-5333
max@StoryLawGroup.com
Attorney for Plaintiff

/s/ R. Carter Burgess
R. Carter Burgess, Esquire
Florida Bar No.:
McGlinchey Stafford
10407 Centurion Pkwy. N. Ste. 200
Jacksonville, FL 32256
Telephone: (904) 224-4498
Facsimile: (904) 212-1828
cburgess@mcglinchey.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 31st day of January, 2017.

/s/ Max Story
Max Story, Esquire